COMMONWEALTH of Pennsylvania,
Respondent

v.

Frederick W. KARASH, Petitioner

No. 395 WAL 2016

Supreme Court of Pennsylvania.

March 14, 2017

## ORDER

PER CURIAM

**AND NOW**, this 14th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

■

COMMONWEALTH of Pennsylvania,
Respondent

v.

Quintant Patrick ELLIS, Petitioner

No. 459 WAL 2016

Supreme Court of Pennsylvania.

March 14, 2017

## ORDER

PER CURIAM

**AND NOW**, this 14th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

■

COMMONWEALTH of Pennsylvania,
Respondent

v.

Allen L. WILKINS, Sr., Petitioner

No. 759 MAL 2016

Supreme Court of Pennsylvania.

March 14, 2017

## ORDER

PER CURIAM

**AND NOW**, this 14th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.